Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| | |
|---|---|
| **NUCOR CORPORATION,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | Before: Hon. _____<br><br>Court No. 22-00171 |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                              /s/ Mario Toscano
                              Clerk of the Court

---

1.   Plaintiff, Nucor Corporation is domestic producer of certain hot-rolled steel flat products and is, therefore, an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the administrative review under review by filing comments and written arguments. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
     (Name and standing of plaintiff)

2.   Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the 2019-2019 administrative review of the countervailing duty order on Certain Hot-Rolled Steel Flat Products from the Republic of Korea. *Certain Hot-Rolled Steel Flat Products from the Republic of Korea*, 87 Fed. Reg. 27,570 (Dep't Commerce May 9, 2022). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), (a)(2)(B)(iii).
     (Brief description of the contested determination)

3.   May 9, 2022
     (Date of determination)

4. <u>May 9, 2022 (87 Fed. Reg. 27,570)</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

        Alan H. Price, Esq.
        Christopher B. Weld, Esq.
        Robert E. DeFrancesco, III, Esq.
        Maureen E. Thorson, Esq.
        Tessa V. Capeloto, Esq.
        Derick G. Holt, Esq.
        Enbar Toledano, Esq.
        Adam M. Teslik, Esq.
        Theodore P. Brackemyre, Esq.
        Paul A. Devamithran, Esq.

        **WILEY REIN LLP**
        2050 M Street, NW
        Washington, DC 20036
        (202) 719-7000
        WileyTrade@wiley.law

<u>*/s/ Alan H. Price*</u>
Signature of Plaintiff's Attorney

<u>June 8, 2022</u>
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

  If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044