Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 24**

| | |
|---|---|
| **NUCOR CORPORATION,**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Before: Hon. Mark A. Barnett**<br>**Chief Judge**<br><br>**Court No. 22-00171** |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Form 24-2

Certain Hot-Rolled Steel Flat Products ______________________;
[*insert Product*]

from the Republic of Korea ______________________;
[*insert Country*]

(1) That were: (Add additional lines as needed)

☐ produced by ______________________
[*Company Name*]

☐ exported by ______________________
[*Company Name*]

☐ produced by ______________________ and
[*Company Name*]

exported by ______________________
[*Company Name*]

☐ produced and exported by ______________________
[*Company Name*]

☑ produced and/or exported by Hyundai Steel Company ______________________
[*Company Name*]

☑ produced and/or exported by POSCO ______________________
[*Company Name*]

☐ produced by ______________________ and
[*Company Name*]

imported by ______________________;
[*Company Name*]

(2) That were the subject of the United States Department of Commerce's final determination in *Certain Hot-Rolled Steel Flat Products From the Republic of Korea,* 87 Fed. Reg. 27,570 (Dep't Commerce May 9, 2022) (final results of countervailing duty admin. rev.) ______________________

[*insert title, volume, page and date of FR Notice*]

(3) That were entered, or withdrawn from warehouse, for consumption, during the period 01/01/2019 through 12/31/2019;
[*Date*] [*Date*]

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: ______________________________ ______________________________
New York, New York Hon. Mark A. Barnett, Chief Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019.)