FORM 8

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NUCOR CORPORATION,**<br><br>      Plaintiff,<br><br>    v.<br><br>**UNITED STATES,**<br><br>      Defendant,<br><br>   and<br><br>**GOVERNMENT OF THE REPUBLIC OF KOREA,**<br><br>      Defendant-Intervenor. | Before: Hon. Mark A. Barnett,<br>    Chief Judge<br><br>Court No. 22-00171 |

## STIPULATION OF DISMISSAL

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: June 13, 2023

                  */s/ Alan H. Price*
                  Alan H. Price, Esq.

                  **WILEY REIN LLP**
                  2050 M Street, NW
                  Washington, DC 20036
                  (202) 719-7000

                  *Counsel for Nucor Corporation*

FORM 8

/s/ Sosun Bae
Sosun Bae, Esq.

**U.S. Department of Justice**
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568

*Counsel for the United States*

/s/ Yujin K. McNamara
Yujin K. McNamara, Esq.

**AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**
2001 K Street, NW
Washington, DC 20006
(202) 887-4347

*Counsel for Government of the Republic of Korea*

FORM 8

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: __June 13, 2023__

                                    Clerk, U.S. Court of International Trade

                                By: __/s/        Geoffrey Goell__
                                                    Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)